448 P.2d 489

**Kenneth BRYANT, Petitioner,**

v.

**STATE of New Mexico, Respondent.**

**No. 8752.**

Supreme Court of New Mexico.

Nov. 19, 1968.

CHAVEZ, Chief Justice, and NOBLE, MOISE, COMPTON and CARMODY, Justices participating;

Ordered that Petition for writ of certiorari be and the same is hereby denied pursuant to Supreme Court Rule 29(7), Rules of Procedure.

Further ordered that the record in Court of Appeals Cause No. 190, N.M., 447 P.2d 281, be and the same is hereby returned to the Clerk of the Court of Appeals.

448 P.2d 489

**STATE of New Mexico, Petitioner,**

v.

**Paul Andrew MASON, Respondent.**

**No. 8767.**

Supreme Court of New Mexico.

Dec. 5, 1968.

CHAVEZ, Chief Justice, and NOBLE, MOISE, COMPTON and CARMODY, Justices, concurring;

Ordered that petition for writ of certiorari be and the same is hereby denied.

Further ordered that the record in Court of Appeals Cause No. 95, N.M.App., 448 P.2d 175, be and the same is hereby returned to the Clerk of the Court of Appeals.

448 P.2d 489

**STATE of New Mexico ex rel. DALE J. BELLAMAH LAND COMPANY, Inc. and Guyton B. Hayes, Commissioner of Public Lands, Petitioners,**

v.

**The Honorable Frank B. ZINN, Judge of the District Court of the Second Judicial District of the State of New Mexico, sitting by designation of the Supreme Court of New Mexico, Respondent.**

**No. 8727.**

Supreme Court of New Mexico.

Jan. 8, 1969.

NOBLE, Chief Justice, and MOISE, COMPTON and CARMODY, Justices, concurring.

TACKETT, Justice, not participating.

Ordered that the petition for writ of mandamus be and the same is hereby denied.